

THE LAW OFFICES OF
# DANIEL KIM

611 Anton Blvd., Suite 1000
Costa Mesa, CA 92626
**Tel:** (714) 294-2224
**Fax:** (714) 551-9551
intake@dkimlaw.com

January 15, 2021

**Sent Via U.S. CERTIFIED MAIL:**
United States Postal Service
ATTN: (accident investigations- tort claim unit)
11251RanchoCarmelDr.#2361
San Diego, CA 92199

**RE:**  **Letter of Representation**
     **Our Client:**         **Kyle Lemke**
     **Date of Birth:**       **08/26/1986**
     **Date of Loss:**       **09/25/2020**
     **Claim Number:**     **case # 920-21-00488618A**

To Whom It May Concern:

     This firm has been retained to represent the above-named individual in a claim for damages arising from injuries that were caused by the negligence of your insured, a defendant in this case. Enclosed, please find our client designation of attorney form.

     We will forward medical and other loss information along with a demand letter when circumstances permit. Please do not contact our clients regarding personal injury information; but rather, direct all future communication to this office.

     **We do not represent the above-named clients regarding property damage. We handle personal injury only. You may speak to the clients regarding property damage claims.**

     If your company possesses a written or tape-recorded statement of our clients that pertains to this matter, a demand is hereby made that our office be provided with a copy of the statement at your earliest convenience. **In addition, I hereby request information regarding policy limits, and a copy of your insured's declaration page**. Please ask your insured for permission to divulge such policy limits. Any and all authorizations, which may have been provided to you by our clients, are hereby canceled as of the date of this letter.

Very truly yours,

THE LAW OFFICES OF DANIEL KIM

Daniel Kim, Esq.
DK/na

**THE LAW OFFICES OF DANIEL KIM  |  Tel: (714) 294-2224**



THE LAW OFFICES OF
# DANIEL KIM

611 Anton Blvd., Suite 925
Costa Mesa, CA 92626

## DESIGNATION OF ATTORNEY

Pursuant to §2695.2 of California Code of Regulations, Title 10, Chapter 5:

I, __Kyle Lemke_____,(print name) hereby designate THE LAW OFFICES OF DANIEL KIM, APC, to act as my duly authorized and designated attorney to handle any and all claims for bodily injury, or any type of damages, excluding property damage claims, whatsoever arising out of the accident of _____09/25/2020_____(fill in date of injury). This authorization shall be valid for two (2) years from the date below, unless renewed by the undersigned. Any and all prior authorizations are hereby revoked by the undersigned as of the date of this authorization.

Date Signed: __10/2/2020_____

Signature  F04C9...

Kyle Lemke
Printed Name

Signature of Parent or Guardian
(Ad Lit Litem)(if applicable)

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, and Zip code. |
|---|---|
| USPS / ACCIDENT INVESTIGATION / TORT CLAIM UNIT CASE NO: 920- 21 - *00488618λ* 11251 RANCHO CARMEL DR #2361 SAN DIEGO  CA  92199-9334 | Kyle Lemke P.O Box 1162 Apple Valley, CA 92307 |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH 08/26/1986 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT 09/25/2020 | 7. TIME (A.M. OR P.M.) 11:30 AM |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Driver #1 Sandie Terkeurst, caused this collision by violating unsafe U-Turn.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Kyle Lemke - P.O Box 1162 Apple Valley, CA 92307

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Total Loss ; Major Property Damage

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Bodily Injury: Soft tissue, head, whiplash, neck, back, shoulders, Chest, L- Knee, L-Leg

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

**12. (See instructions on reverse).   AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| Total Loss/PD VALUE | Over 25,000 | | 500,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM (714) 790-3545 | 14. DATE OF SIGNATURE 1/15/2021 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident insurance?** [x] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No

THE GENERAL AUTO INS; CLAIM: PA0002626999; Adjuster: Veranice Perez  p. (800) 280-1466 x 3984 f. (800)
544-9021 Mailing: P.O. Box 305195, Nashville, TN 37230; email: claims@thegeneral.com

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** [ ] Yes [x] No   **17. If deductible, state amount.**

Property damage: no collision coverage

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)**

BI claim: still treating; PD: total loss, pending payment from USPS

**19. Do you carry public liability and property damage insurance?** [ ] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [ ] No

THE GENERAL AUTO INS; CLAIM: PA0002626999; Adjuster: Veranice Perez  p. (800) 280-1466 x 3984 f. (800)
544-9021 Mailing: P.O. Box 305195, Nashville, TN 37230; email: claims@thegeneral.com

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in Item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention:  Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

TORT CLAIMS INVESTIGATIONS
SAN DIEGO DISTRICT

 **UNITED STATES POSTAL SERVICE**

January 8, 2021


RECEIVED
JAN 1 1 2021

Law Offices of Daniel Kim
611 Anton Blvd, Ste 1000
Costa Mesa CA 92626

Re: Property/Injury Incident
USPS Case #: 920-20-00488618A
Date of Incident: 09-25-2020
Your Client's Name: Jeremy Lemke

Dear Esq. Kim:

The United States Postal Service is an independent establishment of the executive branch of the Government of the United States, 39 U.S.C. §201. The Postal Service does not purchase commercial insurance, but rather, it is authorized to pay proper claims against it, and is subject to suit for damages. Liability claims against the Postal Service are governed by the Federal Tort Claims Act, 39 U.S.C. § 409 (c) whose provisions are set forth at 28 U.S.C. §1346(b), 2401 (b), 2761-2680.

In response to your request, enclosed please find claim form SF 95 - "Claim for Damage, Injury or Death". In order for your client's claim to receive proper consideration, it is requested that you supply all material facts on the form, as it will be the basis for further action on your claim. The instructions outlined below, as well as the instructions on the reverse side of the form SF 95, should be read before completing the forms. Please also see 39 CFR §§ 912.7 and 912.8 for further information:

(1) All sections of the form must be completed. In those areas requiring information that is not pertinent to your claim, please indicate same by remarks such as "Not Applicable (N/A)", "No", or "None". DO NOT LEAVE ANY SPACES BLANK;

(2) In support of a claim for personal injury, the Postal Service requires medical documentation such as all medical records from the attending physician, as well as doctor bills showing the date of each treatment, the treatment given, and the cost of each treatment. The doctor's records should include the following information:

- Name, age and address of patient;
- History of condition and date and history of accident as described by the patient;
- Result of x-rays and date taken;
- Diagnosis, describing character and extent of injury;
- Contributing factors, including any pre-existing condition having a bearing on the alleged injury; and
- Prognosis, including the length of time of any partial disability and extent of such disability.

(3) A claim must be for a specific amount. That amount must be shown in the appropriate spaces(s);

(4) Claim adjusters or attorneys may not submit the claim or sign the claim form unless a copy of their Power of Attorney is attached thereto; and

(5) Acceptance of a claim is not an admission of liability on the part of the Government.

11251 RANCHO CARMEL DR #2361
SAN DIEGO, CA 92199-9334
858-674-0501 FAX 650-577-2871

Please forward to this office a signed copy of your attorney/client contract which includes the section regarding fee's being charged, in order that the Postal Service be assured that you represent the above named client(s).  Also be advised that under the Federal Tort Claims Act, attorney's fees are limited and enforced as follows:

28 U.S. Code, § 2678. Attorney Fees; penalty

No attorney shall charge, demand, receive, or collect for services rendered, fees in excess of 25 per centum of any judgment rendered pursuant to section 1346(b) of this title or any settlement made pursuant to section 2677 of this title, or in excess of 20 per centum of any award, compromise, or settlement made pursuant to section 2672 of this title.

Any attorney who charges, demands, receives, or collects for services rendered in connection with such claim any amount in excess of that allowed under this section, if recovery be had, shall be fined not more than $2,000 or imprisoned not more than one year, or both.

The law allows the U. S. Postal Service six (6) months from the date of receipt of the claim and supporting documents to act prior to suit being filed in U. S. District Court.

Also, refer to 28 USC 2671 et seq and 39 CFR Part 912 for further information.

If you have any questions concerning this matter, please do not hesitate to contact this office.

Sincerely,

KATHLEEN WEIGHTMAN
Tort Claims Coordinator

Enclosures

cc: Accident File



**THE LAW OFFICES OF**
**DANIEL KIM**

611 Anton Blvd., Suite 1000
Costa Mesa, CA 92626
**Tel:** (714) 294-2224
**Fax:** (714) 551-9551
intake@dkimlaw.com

December 8, 2020

**Sent Via Facsimile & Email:**
USPS 7001
South Central Ave Room #368
Los Angeles, CA 90052
ATTN: Lynna Carter

RE: **Letter of Representation**
    **Our Client:**        **Kyle Lemke**
    **Date of Birth:**     **08/26/1986**
    **Date of Loss:**      **09/25/2020**
    **Claim Number:**      **Need claim number**

To Whom It May Concern:

This firm has been retained to represent the above-named individual in a claim for damages arising from injuries that were caused by the negligence of your insured, a defendant in this case. Enclosed, please find our client designation of attorney form.

We will forward medical and other loss information along with a demand letter when circumstances permit. Please do not contact our clients regarding personal injury information; but rather, direct all future communication to this office.

**We do not represent the above-named clients regarding property damage. We handle personal injury only. You may speak to the clients regarding property damage claims.**

If your company possesses a written or tape-recorded statement of our clients that pertains to this matter, a demand is hereby made that our office be provided with a copy of the statement at your earliest convenience. **In addition, I hereby request information regarding policy limits, and a copy of your insured's declaration page.** Please ask your insured for permission to divulge such policy limits. Any and all authorizations, which may have been provided to you by our clients, are hereby canceled as of the date of this letter.

Very truly yours,

THE LAW OFFICES OF DANIEL KIM

*[signature]*

Daniel Kim, Esq.
DK/tc
Encls: DOA & HIPAA

**THE LAW OFFICES OF DANIEL KIM | Tel: (714) 294-2224**



**THE LAW OFFICES OF**
**DANIEL KIM**

611 Anton Blvd., Suite 925
Costa Mesa, CA 92626

## DESIGNATION OF ATTORNEY

Pursuant to §2695.2 of California Code of Regulations, Title 10, Chapter 5:

I, __Kyle Lemke_____,(print name) hereby designate THE LAW OFFICES OF DANIEL KIM, APC, to act as my duly authorized and designated attorney to handle any and all claims for bodily injury, or any type of damages, excluding property damage claims, whatsoever arising out of the accident of _____09/25/2020_____(fill in date of injury). This authorization shall be valid for two (2) years from the date below, unless renewed by the undersigned. Any and all prior authorizations are hereby revoked by the undersigned as of the date of this authorization.

Date Signed: __10/2/2020_____

Signature F04C9

Kyle Lemke

Printed Name

Signature of Parent or Guardian
(Ad Lit Litem)(if applicable)

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
**TRAFFIC COLLISION REPORT**
CHP 555 Page 1 (Rev. 6-17) OPI 060

Page 1 of 7

| SPECIAL CONDITIONS | | | | | |
|---|---|---|---|---|---|
| NUMBER INJURED **2** | HIT & RUN FELONY ☐ | CITY Hesperia | | JUDICIAL DISTRICT VVSUP | LOCAL REPORT NUMBER 192005825 |
| NUMBER KILLED **0** | HIT & RUN MISDEMEANOR ☐ | COUNTY San Bernardino | REPORTING DISTRICT HE214 | BEAT HE2 | DAY OF WEEK S M T W T F ⓈS TOW AWAY ☒ YES ☐ NO |

**LOCATION**

| COLLISION OCCURRED ON Main Street | | MO. DAY YEAR 09-25-2020 | TIME (2400) 1129 | NCIC # 3600 | OFFICER I.D. E2055 |
|---|---|---|---|---|---|
| MILEPOST INFORMATION FEET/MILES OF | GPS COORDINATES LATITUDE LONGITUDE | | | PHOTOGRAPHS BY: ☒ NONE | |
| ☒ AT INTERSECTION WITH ☒ OR: 2020 FEET/MILES W of Peach Avenue | | STATE HWY REL ☐ YES ☒ NO | | | |

| PARTY **1** | DRIVER'S LICENSE NUMBER A1838707 | STATE CA | CLASS C | AIR BAG M | SAFETY EQUIP. G | VEH. YEAR | MAKE/MODEL/COLOR Postal Carrier / White | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|---|
| DRIVER ☒ | NAME (FIRST, MIDDLE, LAST) Sandie, Liane, Terkeurst | | | | | OWNER'S NAME ☐ SAME AS DRIVER United States Postal Service | | | |
| PEDES- TRIAN ☐ | STREET ADDRESS 10601 Riverview Avenue | | | | | OWNER'S ADDRESS ☐ SAME AS DRIVER 17240 Olive Street, Hesperia CA 92345 | | | |
| PARKED VEHICLE ☐ | CITY/STATE/ZIP Hesperia / CA / 92345 | | | | | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☒ DRIVER ☐ OTHER Towed Away | | | |
| BICY- CLIST ☐ | SEX F | HAIR Bro | EYES Bro | HEIGHT 504 | WEIGHT 190 | BIRTHDATE Mo. Day Year 06-06-1971 | RACE W | PRIOR MECHANICAL DEFECTS: ☒ NONE APPARENT ☐ REFER TO NARRATIVE | |
| OTHER ☐ | HOME PHONE 951-712-6721 | | | BUSINESS PHONE | | | VEHICLE IDENTIFICATION NUMBER 2204336 | | |
| | INSURANCE CARRIER United States Postal Service | | | POLICY NUMBER Self Insured | | VEHICLE TYPE 01 | DESCRIBE VEHICLE DAMAGE ☐ UNK. ☐ NONE ☐ MINOR ☐ MOD. ☐ MAJOR ☒ ROLL-OVER | SHADE IN DAMAGED AREA | |
| | DIR OF TRAVEL E | ON STREET OR HIGHWAY Main Street | | | SPEED LIMIT 50 MPH | CA DOT CAL-T TCP/PSC MC/MX | | | |

| PARTY **2** | DRIVER'S LICENSE NUMBER D7816989 | STATE CA | CLASS U | AIR BAG M | SAFETY EQUIP. G | VEH. YEAR 1991 | MAKE/MODEL/COLOR Dodge / Dynasty / Blue | LICENSE NUMBER 6DHK169 | STATE CA |
|---|---|---|---|---|---|---|---|---|---|
| DRIVER ☒ | NAME (FIRST, MIDDLE, LAST) Kyle, James, Lemke | | | | | OWNER'S NAME ☒ SAME AS DRIVER Aimee Racicot | | | |
| PEDES- TRIAN ☐ | STREET ADDRESS PO Box 1162 | | | | | OWNER'S ADDRESS ☒ SAME AS DRIVER PO Box 1162, Apple Valley / CA / 92307 | | | |
| PARKED VEHICLE ☐ | CITY/STATE/ZIP Apple Valley / CA / 92307 | | | | | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☒ DRIVER ☐ OTHER Towed Away | | | |
| BICY- CLIST ☐ | SEX M | HAIR Bro | EYES Haz | HEIGHT 604 | WEIGHT 185 | BIRTHDATE Mo. Day Year 08-26-1986 | RACE W | PRIOR MECHANICAL DEFECTS: ☒ NONE APPARENT ☐ REFER TO NARRATIVE | |
| OTHER ☐ | HOME PHONE 760-297-7225 | | | BUSINESS PHONE | | | VEHICLE IDENTIFICATION NUMBER 1B3XC56R6MD231025 | | |
| | INSURANCE CARRIER The General Insurance | | | POLICY NUMBER 22-CA-2040235 | | VEHICLE TYPE 01 | DESCRIBE VEHICLE DAMAGE ☐ UNK. ☐ NONE ☐ MINOR ☒ MOD. ☐ MAJOR ☐ ROLL-OVER | SHADE IN DAMAGED AREA | |
| | DIR OF TRAVEL E | ON STREET OR HIGHWAY Main Street | | | SPEED LIMIT 50 MPH | CA DOT CAL-T TCP/PSC MC/MX | | | |

| PARTY **3** | DRIVER'S LICENSE NUMBER | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YEAR | MAKE/MODEL/COLOR | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|---|
| DRIVER ☐ | NAME (FIRST, MIDDLE, LAST) | | | | | OWNER'S NAME ☐ SAME AS DRIVER | | | |
| PEDES- TRIAN ☐ | STREET ADDRESS | | | | | OWNER'S ADDRESS ☐ SAME AS DRIVER | | | |
| PARKED VEHICLE ☐ | CITY/STATE/ZIP | | | | | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☐ DRIVER ☐ OTHER | | | |
| BICY- CLIST ☐ | SEX | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE Mo. Day Year | RACE | PRIOR MECHANICAL DEFECTS: ☐ NONE APPARENT ☐ REFER TO NARRATIVE | |
| OTHER ☐ | HOME PHONE | | | BUSINESS PHONE | | | VEHICLE IDENTIFICATION NUMBER | | |
| | INSURANCE CARRIER | | | POLICY NUMBER | | VEHICLE TYPE | DESCRIBE VEHICLE DAMAGE ☐ UNK. ☐ NONE ☐ MINOR ☐ MOD. ☐ MAJOR ☐ ROLL-OVER | SHADE IN DAMAGED AREA | |
| | DIR OF TRAVEL | ON STREET OR HIGHWAY | | | SPEED LIMIT | CA DOT CAL-T TCP/PSC MC/MX | | | |

| PREPARER'S NAME D. Whitson | DISPATCH NOTIFIED ☒ YES ☐ NO ☐ N/A | REVIEWER'S NAME | DATE REVIEWED 10/2/20 |
|---|---|---|---|

An Internationally Accredited Agency

Chp555_0617.pdf

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

# TRAFFIC COLLISION CODING
CHP 555 Page 2 (Rev. 6-17) OPI 060

Page **2** of 7

| DATE OF COLLISION (MO., DAY, YEAR) | TIME (2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 09-25-2020 | 1129 | 3600 | E2055 | 192005825 |

| PROPERTY DAMAGE | OWNER'S NAME | | OWNER'S ADDRESS | NOTIFIED |
|---|---|---|---|---|
| | DESCRIPTION OF DAMAGE | | | ☐ YES ☐ NO |

## SEATING POSITION

```
    ^
  1 2 3
  4 5 6
    7
```

1 - DRIVER
2 TO 6 - PASSENGERS
7 - STATION WAGON REAR
8 - REAR OCC, TRK, OR VAN
9 - POSITION UNKNOWN
0 - OTHER

## SAFETY EQUIPMENT

**OCCUPANTS**
A - NONE IN VEHICLE
B - UNKNOWN
C - LAP BELT USED
D - LAP BELT NOT USED
E - SHOULDER HARNESS USED
F - SHOULDER HARNESS NOT USED
G - LAP/SHOULDER HARNESS USED
H - LAP/SHOULDER HARNESS NOT USED
J - PASSIVE RESTRAINT USED
K - PASSIVE RESTRAINT NOT USED
P - NOT REQUIRED

**CHILD RESTRAINT**
Q - IN VEHICLE USED
R - IN VEHICLE NOT USED
S - IN VEHICLE USE UNKNOWN
T - IN VEHICLE IMPROPER USE
U - NONE IN VEHICLE

**M/C BICYCLE HELMET**
| DRIVER | PASSENGER |
| V - NO | X - NO |
| W - YES | Y - YES |

## AIR BAG
B - UNKNOWN
L - AIR BAG DEPLOYED
M - AIR BAG NOT DEPLOYED
N - OTHER
P - NOT REQUIRED

**EJECTED FROM VEHICLE**
0 - NOT EJECTED
1 - FULLY EJECTED
2 - PARTIALLY EJECTED
3 - UNKNOWN

## INATTENTION CODES
A - CELLPHONE HANDHELD
B - CELLPHONE HANDSFREE
C - ELECTRONIC EQUIPMENT
D - RADIO / CD
E - SMOKING
F - EATING
G - CHILDREN
H - ANIMALS
I - PERSONAL HYGIENE
J - READING
K - OTHER

ITEMS MARKED BELOW FOLLOWED BY AN ASTERISK (*) SHOULD BE EXPLAINED IN THE NARRATIVE.

| PRIMARY COLLISION FACTOR LIST NUMBER (#) OF PARTY AT FAULT | | TRAFFIC CONTROL DEVICES | 1 | 2 | 3 | SPECIAL INFORMATION | 1 | 2 | 3 | MOVEMENT PRECEDING COLLISION |
|---|---|---|---|---|---|---|---|---|---|---|
| I ☒ VC SECTION VIOLATED: ☒YES ☐NO VC 21651(a)(2) | A | CONTROLS FUNCTIONING | | | | A HAZARDOUS MATERIAL | | | | A STOPPED |
| | B | CONTROLS NOT FUNCTIONING* | | | | B CELL PHONE HANDHELD IN USE | | ☒ | | B PROCEEDING STRAIGHT |
| B OTHER IMPROPER DRIVING*: | C | CONTROLS OBSCURED | | | | C CELL PHONE HANDSFREE IN USE | | | | C RAN OFF ROAD |
| | ☒ D | NO CONTROLS PRESENT / FACTOR* | ☒ | ☒ | | D CELL PHONE NOT IN USE | | | | D MAKING RIGHT TURN |
| C OTHER THAN DRIVER* | | TYPE OF COLLISION | | | | E SCHOOL BUS RELATED | | | | E MAKING LEFT TURN |
| D UNKNOWN* | A | HEAD - ON | | | | F 76 FT MOTORTRUCK COMBO | ☒ | | | F MAKING U TURN |
| | B | SIDE SWIPE | | | | G 32 FT TRAILER COMBO | | | | G BACKING |
| | C | REAR END | | | | H | | | | H SLOWING / STOPPING |
| WEATHER (MARK 1 TO 2 ITEMS) | ☒ D | BROADSIDE | | | | I | | | | I PASSING OTHER VEHICLE |
| ☒ A CLEAR | E | HIT OBJECT | | | | J | | | | J CHANGING LANES |
| B CLOUDY | F | OVERTURNED | | | | K | | | | K PARKING MANEUVER |
| C RAINING | G | VEHICLE / PEDESTRIAN | | | | L | | | | L ENTERING TRAFFIC |
| D SNOWING | H | OTHER*: | | | | M | | | | M OTHER UNSAFE TURNING |
| E FOG / VISIBILITY FT. | | | | | | N | | | | N XING INTO OPPOSING LANE |
| F OTHER*: | | MOTOR VEHICLE INVOLVED WITH | | | | O | | | | O PARKED |
| G WIND | A | NON - COLLISION | | | | | | | | P MERGING |
| LIGHTING | B | PEDESTRIAN | | | | OTHER ASSOCIATED FACTOR(S) (MARK 1 TO 2 ITEMS) | | | | Q TRAVELING WRONG WAY |
| ☒ A DAYLIGHT | ☒ C | OTHER MOTOR VEHICLE | 1 | 2 | 3 | | | | | R OTHER*: |
| B DUSK - DAWN | D | MOTOR VEHICLE ON OTHER ROADWAY | | | | A VC SECTION VIOLATION: ☐YES ☐NO | | | | |
| C DARK - STREET LIGHTS | E | PARKED MOTOR VEHICLE | | | | B VC SECTION VIOLATION: ☐YES ☐NO | | | | |
| D DARK - NO STREET LIGHTS | F | TRAIN | | | | | | | | |
| E DARK - STREET LIGHTS NOT FUNCTIONING* | G | BICYCLE | | | | C VC SECTION VIOLATION: ☐YES ☐NO | 1 | 2 | 3 | SOBRIETY - DRUG PHYSICAL (MARK 1 TO 2 ITEMS) |
| | H | ANIMAL | | | | | | | | |
| ROADWAY SURFACE | I | FIXED OBJECT: | | | | D PROCEEDING | ☒ | ☒ | | A HAD NOT BEEN DRINKING |
| ☒ A DRY | | | | | | E VISION OBSCUREMENT: | | | | B HBD - UNDER THE INFLUENCE |
| B WET | J | OTHER OBJECT: | | | | F INATTENTION: | | | | C HBD - NOT UNDER INFLUENCE* |
| C SNOWY - ICY | | | | | | G STOP & GO TRAFFIC | | | | D HBD - IMPAIRMENT UNKNOWN* |
| D SLIPPERY (MUDDY, OILY, ETC.) | | | | | | H ENTERING / LEAVING RAMP | | | | E UNDER DRUG INFLUENCE* |
| ROADWAY CONDITIONS (MARK 1 TO 2 ITEMS) | | PEDESTRIAN'S ACTIONS | | | | I PREVIOUS COLLISION | | | | F IMPAIRMENT - PHYSICAL* |
| A HOLES, DEEP RUT* | ☒ A | NO PEDESTRIANS INVOLVED | | | | J UNFAMILIAR WITH ROAD | | | | G IMPAIRMENT NOT KNOWN |
| B LOOSE MATERIAL ON ROADWAY* | B | CROSSING IN CROSSWALK - AT INTERSECTION | | | | K DEFECTIVE VEH. EQUIP.: ☐CITED ☐YES ☐NO | -- | -- | | H NOT APPLICABLE |
| C OBSTRUCTION ON ROADWAY* | | | | | | | | | | I SLEEPY / FATIGUED* |
| D CONSTRUCTION - REPAIR ZONE | C | CROSSING IN CROSSWALK - NOT AT INTERSECTION | | | | | | | | |
| E REDUCED ROADWAY WIDTH | | | | | | L UNINVOLVED VEHICLE | | | | |
| F FLOODED* | D | CROSSING - NOT IN CROSSWALK | | | | M OTHER*: | | | | |
| G OTHER*: | E | IN ROAD - INCLUDES SHOULDER | | | | N NONE APPARENT | | | | |
| ☒ H NO UNUSUAL CONDITIONS | F | NOT IN ROAD | | | | O RUNAWAY VEHICLE | ☒ | ☒ | | |
| | G | APPROACHING / LEAVING SCHOOL BUS | | | | | | | | |

| SKETCH | |
|---|---|
| | ◯ INDICATE NORTH |
| | **MISCELLANEOUS** See attached sketch |

*An Internationally Accredited Agency*

~~signature~~ 10/2/20

Chp555_0817.pdf

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

# INJURED / WITNESS / PASSENGERS
CHP 555 Page 3 (Rev. 6-17) OPI 060

Page 3 of 7

| DATE OF COLLISION (MO. DAY YEAR) | TIME (2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 09-25-2020 | 1129 | 3600 | E2055 | 192005825 |

| WITNESS ONLY | PASSENGER ONLY | AGE | SEX | EXTENT OF INJURY ("X" ONE) FATAL INJURY | SUSPECTED SERIOUS INJURY | SUSPECTED MINOR INJURY | POSSIBLE INJURY | INJURED WAS ("X" ONE) DRIVER | PASS. | PED. | BICYCLIST | OTHER | PARTY NUMBER | SEAT POS. | AIR BAG | SAFETY EQUIP. | EJECTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☑ # | ☐ | 49 | F | ☐ | ☐ | ☐ | ☒ | ☒ | ☐ | ☐ | ☐ | ☐ | 1 | 1 | M | G | 0 |

**NAME / D.O.B. / ADDRESS** Sandie, Liane, Terkeurst / 06-06-1971 / 10601 Riverview Avenue, Hesperia / CA / 92345   **TELEPHONE** 951-712-6721

**(INJURED ONLY) TRANSPORTED BY:** San Bernardino County Fire Department   **EMS RUN NUMBER**   **TAKEN TO:** Desert Valley Medical Center

**DESCRIBE INJURIES** Complaint of pain and minor cuts and bruises

☐ VICTIM OF VIOLENT CRIME NOTIFIED   0

| ☐ # | ☐ | 34 | M | ☐ | ☐ | ☐ | ☒ | ☒ | ☐ | ☐ | ☐ | ☐ | 2 | 1 | M | G | 0 |

**NAME / D.O.B. / ADDRESS** Kyle, James, Lemke / 08-26-1986 / PO Box 1162, Apple Valley / CA / 92307   **TELEPHONE** 760-297-7225

**(INJURED ONLY) TRANSPORTED BY:**   **EMS RUN NUMBER**   **TAKEN TO:**

**DESCRIBE INJURIES** Complaint of neck and back pain

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ # | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |

**NAME / D.O.B. / ADDRESS**   **TELEPHONE**

**(INJURED ONLY) TRANSPORTED BY:**   **EMS RUN NUMBER**   **TAKEN TO:**

**DESCRIBE INJURIES**

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ # | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |

**NAME / D.O.B. / ADDRESS**   **TELEPHONE**

**(INJURED ONLY) TRANSPORTED BY:**   **EMS RUN NUMBER**   **TAKEN TO:**

**DESCRIBE INJURIES**

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ # | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |

**NAME / D.O.B. / ADDRESS**   **TELEPHONE**

**(INJURED ONLY) TRANSPORTED BY:**   **EMS RUN NUMBER**   **TAKEN TO:**

**DESCRIBE INJURIES**

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ # | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |

**NAME / D.O.B. / ADDRESS**   **TELEPHONE**

**(INJURED ONLY) TRANSPORTED BY:**   **EMS RUN NUMBER**   **TAKEN TO:**

**DESCRIBE INJURIES**

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| PREPARER'S NAME | I.D. NUMBER | MO. DAY YEAR | REVIEWER'S NAME | MO. DAY YEAR |
|---|---|---|---|---|
| D. Whitson | E2055 | 09-29-2020 | | 10 2 20 |

*An Internationally Accredited Agency*   Chp555_0617.pdf

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**
CHP 556 (Rev. 7-90) OPI 085

Page  4  of  7

| DATE OF INCIDENT/OCCURRENCE | TIME (2400) | NCIC NUMBER | OFFICER I.D. NUMBER | NUMBER |
|---|---|---|---|---|
| 09-25-2020 | 1129 | 3600 | E2055 | 192005825 |

| 'X' ONE | 'X' ONE | TYPE SUPPLEMENTAL ('X' APPLICABLE) | | |
|---|---|---|---|---|
| ☒ Narrative | ☒ Collision Report | ☐ BA Update | ☐ Fatal | ☐ Hit and Run Update |
| ☐ Supplemental | ☐ Other: | ☐ Hazardous Materials | ☐ School Bus | ☐ Other: |

| CITY/COUNTY/JUDICIAL DISTRICT | REPORTING DISTRICT/BEAT | CITATION NUMBER |
|---|---|---|
| Hesperia / San Bernardino County / Victorville Superior | HE214 / HE2 | |

| LOCATION/SUBJECT | STATE HIGHWAY RELATED |
|---|---|
| Main Street | ☐ Yes   ☒ No |

1. **NOTIFICATION:**

2. 

3. On Friday, September 25, 2020, I was assigned to the Traffic Division in the City of Hesperia.  I was wearing a

4. department-approved class A uniform and driving a marked Sheriff's patrol vehicle equipped with a forward facing

5. solid red light and siren.

6. 

7. At approximately 1131 hours, I was dispatched to a unknown injury traffic collision that had occurred in the area of

8. Main Street and Peach Avenue in the City of Hesperia.  I responded and arrived on scene at approximately 1138

9. hours and met with the involved parties.  All times, speeds, and measurements that may be found within this report

10. are approximate.

11. 

12. **DRIVER STATEMENTS:**

13. 

14. **DRIVER #1: SANDIE TERKEURST**

15. 

16. I spoke with driver #1, Sandie Terkeurst, outside of her vehicle on the roadside edge of Main Street in the City of

17. Hesperia.  Sandie was identified by her California driver's license and admitted to driving vehicle #1.  The

18. following is a summary of what she told me.

19. 

20. Sandie is a mail carrier for the United States Postal Service and was delivering mail at the time of the collision.

21. Sandie was pulled over along the south shoulder of Main Street at the end of her mail route.  Sandie believed

22. eastbound and westbound Main Street traffic had cleared and it was safe for her to complete a U-turn.  Sandie

23. started the turn and did not observe vehicle #2 traveling eastbound in the number one eastbound lane of Main

24. Street.  Sandie was unable to avoid the collision and was broadsided by vehicle #2.  The impact tipped the mail

25. truck onto it's side, spilling mail into the roadway.  Sandie stated she was wearing her seatbelt and was not using

26. her cell phone at the time of the collision.

27. 

28. **DRIVER #2: KYLE LEMKE**

29. 

30. I spoke with driver #2, Kyle Lemke, outside of his vehicle on the roadside edge of Main Street in the City of

31. Hesperia.  Kyle was identified by his California identification card and admitted to driving vehicle #2.  The

| PREPARER'S NAME and I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|
| D. Whitson E2055 | 09-29-2020 | | 10/2/20 |

Use previous edition until depleted

Chp556_1114.pdf

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**
CHP 556 (Rev. 7-90) OPI 085

Page   5   of   7

| DATE OF INCIDENT/OCCURRENCE | TIME (2400) | NCIC NUMBER | OFFICER I.D. NUMBER | NUMBER |
|---|---|---|---|---|
| 09-25-2020 | 1129 | 3600 | E2055 | 192005825 |

"X" ONE
☒ Narrative
☐ Supplemental

"X" ONE
☒ Collision Report
☐ Other:

TYPE SUPPLEMENTAL ("X" APPLICABLE)
☐ BA Update          ☐ Fatal
☐ Hazardous Materials  ☐ School Bus

☐ Hit and Run Update
☐ Other: ___

CITY/COUNTY/JUDICIAL DISTRICT
Hesperia / San Bernardino County / Victorville Superior

LOCATION/SUBJECT
Main Street

REPORTING DISTRICT/BEAT | CITATION NUMBER
HE214 / HE2

STATE HIGHWAY RELATED
☐ Yes          ☒ No

1. following is a summary of what he told me.
2. 
3. Kyle was traveling eastbound in the number one eastbound lane of Main Street approaching the intersection with
4. Peach Avenue. Kyle estimated he was traveling approximately 50 miles per hour when he observed vehicle #1, a
5. mail carrier, stopped along the south shoulder of Main Street. Kyle stated for an unknown reason vehicle #1
6. attempted to make a U-turn directly in front of him. Kyle was unable to avoid the traffic collision and broadsided
7. vehicle #1. Kyle was wearing his seatbelt and was not using his cell phone at the time of the collision.
8. 
9. <u>AREA OF IMPACT:</u>
10. 
11. The area of impact was determined to be approximately 2020 feet west of the west roadway edge prolongation of
12. Peach Avenue and approximately 25 feet north of the south roadway edge of Main Street. The area of impact was
13. determined by statements of the involved parties as well as physical evidence such as debris in the roadway.
14. 
15. <u>SUMMARY:</u>
16. 
17. Main Street in the area of this traffic collision is a primarily level asphalt paved roadway with two eastbound lanes
18. and two westbound lanes. The lanes are separated by a center turn lane utilized by both directions. The roadway is
19. bordered by single family houses on each side of the street.
20. 
21. Vehicle #1, a mail carrier truck, was stopped along the south side of Main Street delivering mail. Vehicle #2 was
22. traveling eastbound in the number one eastbound lane of Main Street. Vehicle #1 attempted to make a U-turn in
23. front of vehicle #2. Vehicle #2 broadsided vehicle #1 causing vehicle #1 to tip onto it's side.
24. 
25. <u>CAUSE:</u>
26. 
27. Driver #1, Sandie Terkeurst, caused this collision by violating CVC 21651(a)(2)-unsafe U-turn. Had Sandie not
28. made the U-turn in front of vehicle #2 the traffic collision could have been avoided.
29. 
30. 
31. 

| PREPARER'S NAME and I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|
| D. Whitson E2055 | 09-29-2020 | | 10.2.20 |

Use previous editions until depleted

Chp556_1114.pdf

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**
CHP 556 (Rev. 7-90) OPI 065

Page  6  of  7

| DATE OF INCIDENT/OCCURRENCE | TIME (2400) | NCIC NUMBER | OFFICER I.D. NUMBER | NUMBER |
|---|---|---|---|---|
| 09-25-2020 | 1129 | 3600 | E2055 | 192005825 |

| "X" ONE | "X" ONE | TYPE SUPPLEMENTAL ("X" APPLICABLE) | | |
|---|---|---|---|---|
| ☒ Narrative | ☒ Collision Report | ☐ BA Update  ☐ Fatal | ☐ Hit and Run Update | |
| ☐ Supplemental | ☐ Other: | ☐ Hazardous Materials  ☐ School Bus | ☐ Other: | |

| CITY/COUNTY/JUDICIAL DISTRICT | REPORTING DISTRICT/BEAT | CITATION NUMBER |
|---|---|---|
| Hesperia / San Bernardino County / Victorville Superior | HE214 / HE2 | |

| LOCATION/SUBJECT | STATE HIGHWAY RELATED |
|---|---|
| Main Street | ☐ Yes        ☒ No |

1. **INJURIES:**
2.
3. Driver #1 was transported by the San Bernardino County Fire Department to Desert Valley Medical Center for
4. minor cuts, bruises, and complaint of pain.  Driver #2 was complaining of neck and back pain while at the scene of
5. the collision.
6.
7. **RECOMMENDATIONS:**
8.
9. None.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.

| PREPARER'S NAME and I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|
| D. Whitson E2055 | 09-29-2020 | | 10.2.20 |

Use previous editions until depleted

Chp556_1114.pdf

STATE OF CALIFORNIA
## SKETCH DIAGRAM
CHP 555 Page 4(Rev. 8-97) OPI 042

PAGE 7   OF 7

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 09-25-2020 | 1129 | 3600 | E2055 | 192005825 |

**ALL MEASUREMENTS ARE APPROXIMATE AND NOT TO SCALE UNLESS STATED (SCALE =          )**



| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| D. Whitson | E2055 | 09-29-2020 | | x 10.2.20 |





















