✔ JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KYLE JAMES LEMKE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No. 5:22-cv-00997-AS<br><br>[~~PROPOSED~~] **ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Honorable Alka Sagar<br>United States Magistrate Judge |

　　In light of the parties' stipulation, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs, fees, and expenses.

DATED:  May 16, 2023

　　　　　　　　　　　　　　　　／s／ Sagar
　　　　　　　　　　　　　　HONORABLE ALKA SAGAR
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE